U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 14 2000
NANCY DOHERTY, CLERK
By ______ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| GERARD HENNESSEY, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| L. J. BLALACK, et al., | ) | |
| | ) | Civil Action No. |
| Defendants. | ) | 5:93-CV-078-C |

**ORDER**

Came on for consideration Plaintiff's Motion Requesting Refund of Plaintiff's Bond filed March 13, 2000. Plaintiff's certificate of conference indicates that the motion is unopposed. Therefore, the Court is of the opinion that the motion should be **GRANTED**.

SO ORDERED.

Dated March 14, 2000.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE

ENTERED ON DOCKET
MAR 14 2000
U.S. DISTRICT CLERK'S OFFICE

377